**Electronically Filed
Supreme Court
SCWC-29603
04-APR-2011
01:00 PM**

SCWC-29603

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KENNETH MATHISON, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29603; CR. NO. 93-473)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI AS UNTIMELY
(By: Nakayama, J., for the court[1])

Petitioner/Plaintiff-Appellant's application for writ of certiorari filed on March 17, 2011, is hereby dismissed as untimely.

DATED:  Honolulu, Hawai'i, April 4, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Kenneth W. Mathison,
petitioner/plaintiff-appellant
pro se on the application

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.